# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JANUARY 17, 2014

## NO. 03-13-00744-CV

**Angula Yvonne Torrance-Bey, Appellant**

**v.**

**Bank of America, N.A., Appellee**

**APPEAL FROM COUNTY COURT AT LAW NO. 1 OF TARRANT COUNTY
BEFORE JUSTICES PURYEAR, GOODWIN, AND FIELD
DISMISSED FOR WANT OF JURISDICTION -- OPINION BY JUSTICE GOODWIN**

Having reviewed the record, the Court holds that the Court lacks jurisdiction over the appeal and that the appeal is therefore subject to dismissal. Therefore, the Court dismisses the appeal for want of jurisdiction pursuant to rule 42.3(a) of the Rules of Appellate Procedure. The appellant shall pay all costs relating to this appeal, both in this Court and the court below.